## JULIA C. LEIGH v. H. WAGENBUHR AND WIFE.
### (No. 5463.)

PLEA IN ABATEMENT. — To be verified by affidavit.

APPEAL from Bexar county. Opinion by WATTS, J.

STATEMENT. — Suit by appellees against appellant to recover $400 and interest from July 10, 1876, collected by appellant's husband and appropriated to his own use, alleging that appellant was the principal legatee and devisee, and had received more than $5,000 worth of property from her husband's estate. Judgment for $513.94. *Remittitur* of $19.50 entered.

OPINION. — Held, the plea in abatement setting up that there was another suit between the parties, involving the

same cause of action, then pending in the probate court, was not verified by affidavit, and was, therefore, subject to general demurrer, as such plea was a nullity. R. S., art. 1265. L. collected the money January 25, 1879, and died soon thereafter. His partner testified that L. recognized the claims of appellees as just and valid. This, together with the evidence showing that the relation of attorney and client had long existed between L. and appellees, was sufficient to authorize the judgment rendered.

Judgment reformed as per *remittitur* filed at appellees' cost.

AFFIRMED.